JOYCE C. WANG (State Bar No. 121139)
LISA L. KIRK (State Bar No. 130272)
CARLSON CALLADINE & PETERSON LLP
275 Battery Street, 16th Floor
San Francisco, CA 94111
Telephone:   (415) 391-3911
Facsimile:   (415) 391-3898
Email:  jwang@ccplaw.com; lkirk@ccplaw.com

*Attorneys for Defendant*
*Affiliated FM Insurance Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAR HOLDINGS, INC., dba SARKU JAPAN,<br><br>Plaintiff,<br><br>vs.<br><br>AFFILIATED FM INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 4:22-cv-01565-JST<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:  March 12, 2022 |

WHEREAS on March 12, 2022, Plaintiff SAR Holdings, Inc., dba Sarku Japan ("Plaintiff") filed its Complaint for Declaratory Judgment, Breach of Contract, and Breach of the Covenant of Good Faith and Fair Dealing against Defendant Affiliated FM Insurance Company ("Defendant");

WHEREAS on March 28, 2022, a Case Management Conference was set for June 28, 2022, with a Joint Case Management Conference Statement due on June 21, 2022;

WHEREAS on April 7, 2022, the parties stipulated and filed a Stipulation to Extend Time to Respond to the Complaint, to May 19, 2022;

WHEREAS on May 16, 2022, Plaintiff filed its First Amended Complaint, which amended a number of allegations;

WHEREAS on May 23, 2022, Plaintiff and Defendant stipulated and filed a Stipulation to Extend Time to Respond to the First Amended Complaint, to June 30, 2022, to allow Defendant to fully assess and respond to the amended allegations;

1  WHEREAS the parties agree that the Case Management Conference and all associated dates should be continued until after Defendant responds to the First Amended Complaint on June 30, 2022.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. The Case Management Conference shall be continued to a date after Defendant responds to the Complaint;

2. All dates triggered by the Case Management Conference date, including the due date for filing a Joint Case Management Conference, shall also be continued.

So Stipulated.


Dated:    June 1, 2022            HUNTON ANDREWS KURTH LLP


                                  By:   */s/ Scott P. Devries*
                                        Scott P. Devries
                                        Attorneys for Plaintiff
                                        SAR Holdings, Inc. dba Sarku Japan



Dated:    June 1, 2022            CARLSON, CALLADINE & PETERSON LLP


                                  By:   */s/Joyce C. Wang*
                                        Joyce C. Wang
                                        Attorneys for Defendant
                                        Affiliated FM Insurance Company

**PROPOSED ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Case Management Conference set for June 28, 2022, and all associated dates are vacated. The Case Management Conference shall be continued to _____August 30, 2022_____.

IT IS SO ORDERED.


DATED: _____June 2, 2022_____       _____
                                       United States District Court Judge